No. 68091.—Adrian Taron and J. W. Robinson Co. *v.* United States, protests 59/23527 and 59/5568 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.